DocuSign Envelope ID: 47209BFB-2766-46DE-8B63-66B528F0615B

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRENTON SPARKS, | ) | |
| | ) | Case No. 20 C 6279 |
| Plaintiff, | ) | |
| v. | ) | Honorable Virginia Kendall |
| | ) | |
| CITY OF CHICAGO, et al | ) | |
| | ) | |
| Defendants. | ) | |

**<u>STIPULATION TO DISMISS</u>**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

DocuSign Envelope ID: 47209BFB-2766-46DE-8B63-66B528F0615B

Respectfully submitted,

DocuSigned by:
Julian Johnson
04902E3FE29643D...

Julian Johnson
The Law Office of Julian Johnson, LLC
55 East Monroe Street, Suite 3800
Chicago, Illinois 60603
Phone: (312) 487-1711
Attorney No. 6306259
DATE: 8/6/2021

CITY OF CHICAGO
a Municipal Corporation

CELIA MEZA
Corporation Counsel
Attorney for City of Chicago

BY: ____________________
Victoria R. Benson
Deputy Corporation Counsel
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-4883
Attorney No. 6282508
DATE: 8/6/2021

____________________
Max Boose
Assistant Corporation Counsel III
Attorney for Defendants, Saul Diaz, Adan Gonzalez, Brian Bernier and Ryan Young
2 North LaSalle Street, Suite 420
(312) 744-7684
Attorney No. 6320334
DATE: 2021-08-06

____________________
Nicholas Perrone
Assistant Corporation Counsel III
Attorney for Defendant, Brian Chen
2 North LaSalle Street, Suite 420
(312) 744-1975
Attorney No. 6322755
DATE: 8/6/21