**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRENTON SPARKS, | ) | |
| | ) | Case No. 20 C 6279 |
| Plaintiff, | ) | |
| v. | ) | Honorable Virginia Kendall |
| | ) | |
| CITY OF CHICAGO, et al | ) | |
| | ) | |
| Defendants. | ) | |

**AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Trenton Sparks, by and through his Attorney, Julian Johnson; the City of Chicago, by its attorney, Celia Meza, Corporation Counsel of the City of Chicago; Defendants Saul Diaz, Adan Gonzalez, Ryan Young and Brian Bernier, by and through one of their attorneys, Max Boose, Assistant Corporation Counsel III; and Defendant, Brian Chen, by and through one of his attorneys, Nicholas Perrone, Assistant Corporation Counsel III, the Court being otherwise fully advised in the premises, orders as follows:

All of the claims of Plaintiff, Trenton Sparks, against Defendants, City of Chicago, Saul Diaz, Adan Gonzalez, Ryan Young, Brian Bernier and Brian Chen, are hereby dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of this order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

Max Boose
Assistant Corporation Counsel III
2 North LaSalle Street, Suite 420
(312) 744-7684
Attorney No. 6320334

ENTER: Virginia M. Kendall
The Honorable Judge Virginia Kendall
United States District Judge
DATED: 8-9-21